## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CARMEN'S CORNER STORE, et al.                    *

                                         *

   **v.**                                        **Case No.**  1:23-cv-02059-LKG

                                         *

U.S. DEPARTMENT OF AGRICULTURE, et al.           *

                                         *

## RETURN OF SERVICE

I served the following documents (check all that apply):

- [x] summons
- [x] complaint and any attachments
- [ ] subpoena
- [ ] other - describe: _____

By (check method of service):

- [ ] Personal - place served: _____
- [x] Certified mail, ~~restricted delivery - attach green card~~ Electronic Return Receipt attached.
- [ ] Left copies at subject's dwelling house or usual place of abode with person of suitable age and discretion residing therein
- [ ] Other - describe: _____

On (name of person or entity served): Stacy Dean, Under Secretary, USDA's Food, Nutrition and Consumer Services

Date of service: 08/02/2023

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

08/08/2023
Date

*Jacquelin M. Nelson*
Signature of Process Server

Jacqueline M. Nelson
Printed Name of Process Server

Institute for Justice
901 N. Glebe Road, Ste. 900
Arlington, VA 22203
Address of Process Server

(703) 682-9320
Telephone Number of Process Server

August 4, 2023

Dear Jacqueline Nelson:

The following is in response to your request for proof of delivery on your item with the tracking number: **7021 2720 0000 1133 3268**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | August 2, 2023, 2:36 pm |
| **Location:** | ALEXANDRIA, VA 22314 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

## Shipment Details

| | |
|---|---|
| **Weight:** | 1lb, 1.0oz |

## Recipient Signature

Signature of Recipient:

ED W...

1320 BRADDOCK PL,
ALEXANDRIA, VA 22314

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004