IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CARMEN'S CORNER STORE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>Defendants. | Civil Action No. 1:23-cv-02059-LKG |

## ORDER

Upon consideration of the Joint Notice of Settlement and Motion to Stay All Deadlines, it is this ___ day of November, 2023, by the United States District Court for the District of Maryland, hereby,

**ORDERED** that all deadlines in this case are **STAYED** until further Order of the Court, and it is further,

**ORDERED** that the parties **SHALL FILE** a status report regarding the status of settlement consummation on or before December 1, 2023, if the Parties have not filed a Stipulation of Dismissal as of that date.

**IT IS SO ORDERED.**

                                                                                                                          _____
                                                                                                                          The Hon. Lydia Kay Griggsby
                                                                                                                          United States District Judge