IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| CARMEN'S CORNER STORE, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:23-cv-2059-LKG |
| U.S. DEPARTMENT OF AGRICULTURE, *et al.*, | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL**

Plaintiffs, Carmen's Corner Store and Altimont Mark Wilks (the "Plaintiffs"), and Defendants, the U.S. Department of Agriculture ("USDA"), the USDA's Food and Nutrition Service ("FNS"), Thomas J. Vilsack, in his official capacity as the Secretary of the USDA, Stacey Dean, in her official capacity as Deputy Under Secretary of FNS, and the United State of America (the "Defendants"), stipulate and notify the Court that this action is hereby dismissed pursuant to the terms of the attached settlement agreement.

The parties executed the settlement agreement on December 12, 2023. The full terms are set out in the agreement; in brief, Defendants agreed to rescind their permanent denials of Plaintiffs' applications to participate as a SNAP retailer. In addition, the Defendants have adopted new internal guidance that instructs agency officials to no longer apply the Business Integrity Rule as the Defendants did in this case. The Plaintiffs have agreed to voluntarily dismiss their lawsuit. The parties will bear their own costs.

Respectfully submitted December 15, 2023.

      /s/ Jared McClain
Jared McClain (Bar No. 21322)
Andrew Ward*
New York Bar Registration No. 5364393
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
Tel: (703) 682-9320
Fax: (703) 682-9321
Email: jmcclain@ij.org
       andrew.ward@ij.org
\* *Admitted Pro hac vice*

*Attorneys for Plaintiffs*


*EREK L. BARRON*
*United States Attorney*

      /s/ Michael J. Wilson
*(signed with permission of Michael J. Wilson)*
Michael J. Wilson (Bar No: 18970)
Assistant United States Attorney
U.S. Attorney's Office
District of Maryland
36 S. Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4941
Michael.Wilson4@usdoj.gov

*Attorney for Defendants*

CERTIFICATE OF SERVICE

     I certify that on this 15th day of December, 2023, I electronically served a copy of the foregoing Stipulation of Dismissal on all parties receiving CM/ECF notices in this case.

                                              /s/ Jared McClain_____
                                             Jared McClain